IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)

| | |
|---|---|
| RODNEY KILLION,<br><br>        Plaintiff,<br><br>v.<br><br>INTELIFI, INC. and JD PALATINE LLC d/b/a JDP,<br><br>        Defendants. | **Case No.:** 4:24-cv-02057 |

### DEFENDANT'S OBJECTIONS AND MOTION TO QUASH RE-NOTICED 30(B)(6) NOTICE OF DEPOSITION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant Intelifi, Inc. files these Objections to and Motion to Quash and respectfully shows as follows:

1.     Plaintiff seeks to take the deposition of Defendant Intelifi pursuant to Fed. R. Civ. P. 30(6). At the time Plaintiff originally noticed the deposition, Defendant informed Plaintiff that the deponent would be on medical leave.

2.     Plaintiff has re-noticed the deposition for July 9, 2025. This date was not agreed. Moreover, on information and belief, Intelifi's Rule 30(b)(6) deponent, Ray Faraz, still has not returned to the office, his medical conditions have precluded him from adequately preparing for deposition, and the stress of a deposition would not yet be advisable in light of his recent medical issues.

1

3.  For these reasons, Defendant objects to the Notice of Deposition for July 9, 2025, and moves to quash. Defendant is not refusing to give a deposition. Defendant fully intends to provide its Rule 30(b)(6) testimony when its representative can participate, and it expects to be able to provide dates when its representative will be available and able to participate very soon.

WHEREFORE, PREMISES CONSIDERED, Defendant objects to and moves to quash the Rule 30(b)(6) deposition notice for July 9, 2025.

**PAPPAS GRUBBS PRICE PC**

By: */s/ Michael J. Yanochik*
Steven O. Grubbs
SBN 0079668
Federal I.D. No. 21932
sgrubbs@pappasgrubbs.com
Michael J. Yanochik
SBN 00785294
Federal I.D. No. 17742
myanochik@pappasgrubbs.com
Two Houston Center
909 Fannin, Suite 2500
Houston, Texas 77010
Phone: (713) 951-1000
Fax: (713) 951-1199

*Attorneys for Defendant Intelifi, Inc.*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system on July 8, 2025.

/*s/ Michael J. Yanochik*
Michael J. Yanochik

2